UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| ILIA KOLOMINSKY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ROOT, INC., et al., <br><br> Defendants. | No. 2:21-cv-01197-EAS-CMV <br><br> <u>CLASS ACTION</u> <br><br> Judge Edmund A. Sargus, Jr. <br><br> Magistrate Judge Chelsey M. Vascura |

**NOTICE OF DESIGNATION OF AMENDED COMPLAINT AS OPERATIVE**

4896-1419-3947.v2

Pursuant to the Court's Orders (ECF Nos. 47, 53), Lead Plaintiff Plumbers Local #290 Pension Trust Fund ("Lead Plaintiff") hereby designates the Amended Complaint for Violations of the Federal Securities Laws, dated November 19, 2021 (ECF No. 31), as the operative complaint in this litigation.

As required by the Court's February 8, 2022 Order (ECF No. 47), on March 21, 2022, Lead Plaintiff informed counsel for Defendants[1] by email that Lead Plaintiff was designating the Amended Complaint for Violations of the Federal Securities Laws, dated November 19, 2021 (ECF No. 31), as the operative complaint in this litigation. *See* Exhibit A.[2] We apologize for not making that fact clear on the Court's docket. It is Lead Plaintiff's understanding that, as contemplated by the Court's February 8, 2022 Order, Defendants intend to move to dismiss by May 20, 2022, and that the parties will thereafter follow the briefing schedule set by Your Honor in ECF No. 47.

| | |
|---|---|
| DATED: April 13, 2022 | MURRAY MURPHY MOUL + BASIL LLP<br>JOSEPH F. MURRAY |

*s/ Joseph F. Murray*
JOSEPH F. MURRAY (0063373)
1114 Dublin Road
Columbus, OH 43215
Telephone: 614/488-0400
614/488-0401 (fax)
murray@mmmb.com

---

[1]  "Defendants" are Root, Inc., Alexander Timm, Daniel Rosenthal, Megan Binkley, Christopher Olsen, Doug Ulman, Elliot Geidt, Jerri DeVard, Larry Hilsheimer, Luis von Ahn, Nancy Kramer, Nick Shalek, Scott Maw, Goldman Sachs & Co. LLC, Morgan Stanley & Co. LLC, Barclays Capital Inc., and Wells Fargo Securities LLC.

[2]  Attached hereto as "Exhibit A" is a true and correct copy of an email dated March 21, 2022, sent by counsel for Lead Plaintiff to counsel for Defendants.

- 2 -

Local Counsel for Lead Plaintiff

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
MICHAEL G. CAPECI (*pro hac vice*)
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
mcapeci@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
JONAH H. GOLDSTEIN (*pro hac vice*)
T. ALEX B. FOLKERTH (*pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
jonahg@rgrdlaw.com
afolkerth@rgrdlaw.com


Lead Counsel for Lead Plaintiff

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on April 13, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    *s/ Joseph F. Murray*
JOSEPH F. MURRAY (0063373)

MURRAY MURPHY MOUL + BASIL LLP
1114 Dublin Road
Columbus, OH 43215
Telephone: 614/488-0400
614/488-0401 (fax)
murray@mmmb.com

# Mailing Information for a Case 2:21-cv-01197-EAS-CMV Kolominsky v. Root, Inc et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Christina N Barreiro**
  cbarreiro@cravath.com

- **John C Camillus**
  jcamillus@camilluslaw.com,cdevaney@camilluslaw.com,camilluslaw@gmail.com,becky@camilluslaw.com

- **Michael Gerard Capeci**
  mcapeci@rgrdlaw.com,e_file_sd@rgrdlaw.com,mwaligurski@rgrdlaw.com

- **Damion M Clifford**
  dclifford@arnlaw.com,tashby@arnlaw.com,1614283420@filings.docketbird.com

- **Alison A. Doyle**
  adoyle@cravath.com

- **J. Wesley Earnhardt**
  wearnhardt@cravath.com

- **Joe Wesley Earnhardt**
  wearnhardt@cravath.com

- **Andrew Finn**
  finna@sullcrom.com

- **Timothy A.B. Folkerth**
  afolkerth@rgrdlaw.com

- **Jonah H. Goldstein**
  jonahg@rgrdlaw.com

- **Gregory Alan Harrison**
  greg.harrison@dinsmore.com,deborah.krohman@dinsmore.com

- **J. Alexander Hood, II**
  ahood@pomlaw.com

- **Daniel Richard Karon**
  dkaron@karonllc.com,cgood@karonllc.com,bhollowell@karonllc.com

- **Andrew P Kimble**
  akimble@billerkimble.com,eparis@billerkimble.com,jlong@billerkimble.com

- **William Darrell Kloss , Jr**
  wdklossjr@vorys.com,jlmason@vorys.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com

- **David R. Marriott**
  dmarriott@cravath.com

- **Joseph F Murray**
  murray@mmmb.com,tiffany@mmmb.com,tiffany@ecf.courtdrive.com,murray@ecf.courtdrive.com

- **Sharon L. Nelles**
  Nelless@sullcrom.com

- **Liang Hsuan Pai**
  paip@sullcrom.com

- **Kelly E. Pitcher**
  kelly.pitcher@dinsmore.com,jennifer.krimmer@dinsmore.com,sydney.larivey@dinsmore.com

- **Robert J. Wagoner**
  bob@dwslaw.com,bob@wagonerlawoffice.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Wenxuan Guo
102 Red Oak
Richmond Hill, ON L4B1V2
CANADA
```