**AO 450 (Rev. 5/85) Judgment in a Civil Case

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Ilia Kolominsky, *Individually and on Behalf of All Others Similarly Situated*,

vs.    Case No. 2:21-cv-1197

Root, Inc., *et al.*,    **Judge Michael H. Watson**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the March 31, 2023 Opinion and Order: the Court GRANTS Defendants' Joint Motion to Dismiss with prejudice.

Date: **March 31, 2023**    **Richard Nagel, Clerk**

    s/ Jennifer Kacsor
    By Jennifer Kacsor/Courtroom Deputy