UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ILIA KOLOMINSKY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ROOT, INC., et al., <br><br> Defendants. | No. 2:21-cv-01197-MHW-CMV <br><br> <u>CLASS ACTION</u> <br><br> Judge Michael H. Watson <br><br> Magistrate Judge Chelsey M. Vascura |

**NOTICE OF APPEAL**

Notice is hereby given that, in the above-captioned case, Lead Plaintiff Plumbers Local #290 Pension Trust Fund, individually and on behalf of all others similarly situated, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final Judgment that was entered on March 31, 2023 (ECF 65), and from the March 31, 2023 Opinion and Order granting Defendants' Joint Motion to Dismiss (ECF 64), as well as all prior orders that have merged into the Judgment.

DATED: April 28, 2023

MURRAY MURPHY MOUL + BASIL LLP
JOSEPH F. MURRAY

*/s/ Joseph F. Murray*
JOSEPH F. MURRAY (0063373)
1114 Dublin Road
Columbus, OH 43215
Telephone: 614/488-0400
614/488-0401 (fax)
murray@mmmb.com

Local Counsel for Lead Plaintiff

ROBBINS GELLER RUDMAN
  & DOWD LLP
JONAH H. GOLDSTEIN (*pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
jonahg@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
MICHAEL G. CAPECI (*pro hac vice*)
T. ALEX B. FOLKERTH (*pro hac vice*)
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
mcapeci@rgrdlaw.com
afolkerth@rgrdlaw.com

Lead Counsel for Lead Plaintiff